STEVEN B. ABBOTT, ESQ.
Nevada Bar No. 10303
MICHANCY M. CRAMER, ESQ.
Nevada Bar No. 11545
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Fax: 702.893.3789
E-Mail: Steven.Abbott@lewisbrisbois.com
E-Mail:Michancy.Cramer@lewisbrisbois.com
*Attorneys for Defendants*
*YARD HOUSE USA, INC, and*
*YARD HOUSE SUMMERLIN, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL BENAV KATZ, an individual,<br><br>Plaintiff<br><br>vs.<br><br>YARD HOUSE SUMMERLIN, LLC, a Florida limited liability company; YARD HOUSE USA, INC., a Florida corporation; DOE individuals I through X; and ROE Corporations and Organizations I through V, inclusive,<br><br>Defendants | CASE NO. 2:24-cv-00904-CDS-EJY<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Defendant YARD HOUSE SUMMERLIN, LLC and Defendant YARD HOUSE USA, INC. ("Defendants") and Plaintiff DANIEL BENAV KATZ ("Plaintiff"), (Collectively, "the Parties"), by and through their respective counsel of record, stipulate and agree as follows: as follows:

1. That the case shall be dismissed with prejudice, with the Parties to bear their own individual costs and attorneys' fees;

2. That the **trial** scheduled in this matter and all associated dates shall be **VACATED**; and,

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

144342220.1

3.    That the Parties may obtain the return of their jury demand fees, if any, previously submitted to the Court.

**HEREBY SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:**

DATED this 23rd day of September, 2024.        DATED this 23rd day of September 2024.

LEWIS BRISBOIS BISGAARD & SMITH LLP        O'REILLY LAW GROUP, LLC

/s/   *Steven B. Abbott*                                   */s/ Timothy R. O'*
STEVEN B. ABBOTT, ESQ.                         TIMOTHY R. O'REILLY, ESQ.
Nevada Bar No. 10303                               Nevada Bar No. 8866
MICHANCY M. CRAMER, ESQ.                   RACHEL N. SOLOW, ESQ.
Nevada Bar No. 11545                               Nevada Bar No. 9694
6385 S. Rainbow Boulevard, Suite 600        325 S. Maryland Parkway
Las Vegas, Nevada 89118                          Las Vegas, Nevada 89101
Tel. 702.893.3383                                      Tel. 702.382.2500
*Attorneys for Defendants*                          *Attorneys for Plaintiff*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
Cristina D. Silva
United States District Judge

Dated: September 26, 2024

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW